```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA          │
│          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0111--CR (JWS)     │
│                       "USA V RAYMOND A. WARD"                             │
│                       DEF 1.1 WARD, RAYMOND A.                            │
├─────────────────────────────────────────────────────────────────────────┤
│     In public format, including terminated defendants, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

```
    Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/22/04
             Closed: 03/25/05
 No. of Defendants: 1
   MJ Case Number:
                AKA:
    Location status: Released on Bond
         Trial date:
         Terminated: YES
Needs interpreter: NO
Counsel of record: Michael D. Dieni
                   Federal Public Defender
                   550 W. 7th Avenue, Suite 1600
                   Anchorage, AK 99501
                   907-646-3400
                   FAX 907-646-3480
                   Serve: YES
                    Type: FPD
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Joseph W. Bottini
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 1.1 WARD, RAYMOND A.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 49:46507 PROVIDING FALSE INFORMATION CONCERNING EXPLOSIVES ON BOARD AN AIRCRAFT (F) | Sentenced (24-1) |
| 1 -  1 IND | 2 | 49:46507 PROVIDING FALSE INFORMATION CONCERNING EXPLOSIVES ON BOARD AN AIRCRAFT (F) | Dismissed (24-1) |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A04-0111--CR (JWS)
                        "USA V RAYMOND A. WARD"

                   In public format, for all filing dates
```

```
  Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/22/04
            Closed: 03/25/05
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 09/22/04 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - | 1 | 09/23/04 | Issued: Summons |
| 2 - | 1 | 09/23/04 | [Re: DEF 1] AHB Grand Jury Minutes; bail set $5,000; summons to be issued; set for arr and notify USM. |
| 3 - | 1 | 09/23/04 | [Re: DEF 1] JDR Minute Order re Arr set for 11/1/04 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 4 - | 1 | 10/01/04 | USM Return of summons executed 9/30/04. |
| 5 - | 1 | 10/19/04 | DEF 1 motion for appointment of counsel w/att affs. |
| 6 - | 1 | 11/01/04 | DEF 1 Attorney Appearance of M. Dieni (FPD). |
| 7 - | 1 | 11/02/04 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] of Arr on Ind/Hrg on Mot for Appt of Cnsl (Doc #5) held 11/1/04; FPD appointed; case assigned to Michael Dieni; def plead not guilty on both cts; order setting conds of release and appearance bond FILED; ptms due 11/16/04; order re: preparation for trial FILED. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 8 - | 1 | 11/02/04 | DEF 1 Appearance bond. |
| 9 - | 1 | 11/02/04 | [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 10 - | 1 | 11/02/04 | [Re: DEF 1] JDR Order regarding preparation for trial; disc conf 11/3/04; PTMs due 11/16/04. cc: USA, FPD |
| 11 - | 1 | 11/02/04 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| NOTE - | 2 | 11/03/04 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 12 - | 1 | 11/19/04 | [Re: DEF 1] JWS Minute Order setting TBJ on 12/27/04 @ 9:00 a.m. & FPTC for 12/27/04 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 13 - | 1 | 12/14/04 | DEF 1 Notice of Intent to change plea & req to set PCOP hrg on 12/21/04. |
| 14 - | 1 | 12/15/04 | [Re: DEF 1] JWS Minute Order setting PCOP on 12/21/04 @ 10:00 a.m.; 12/27/04 FPTC & TBJ are vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 15 - | 1 | 12/20/04 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 16 - | 1 | 12/21/04 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: PCOP hrg held 12/21/04; def changed plea to guilty on ct 1 of Indt; ct 2 to be dism @ IOS; IOS set 3/23/05 @ 8:00 a.m.; conditions of rls remain as set. cc: USA, FPD, USM, USPO, MJ Roberts |

```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET ENTRIES FOR CASE A04-0111--CR (JWS)
                       "USA V RAYMOND A. WARD"

                 In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 03/16/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 18 - 1 | 03/16/05 | DEF 1 Unopposed motion for 1-day extension of time to file sentencing memo w/att aff. |
| 19 - 1 | 03/17/05 | [Re: DEF 1] JWS Order granting unoppo mot for 1-day ext of time to file sentencing memo (18-1). cc: USA, FPD |
| 20 - 1 | 03/18/05 | DEF 1 Unopposed motion to accept 1-day late sentencing memorandum w/att prop sentencing memo. |
| 21 - 1 | 03/21/05 | [Re: DEF 1] JWS Order granting unoppo mot to accept 1-day late sentencing memo (20-1). cc: USA, FPD |
| 22 - 1 | 03/21/05 | DEF 1 Sentencing Memorandum w/att exhs. |
| 23 - 1 | 03/24/05 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] Re IOS (held 3/23/05); sentence imposed as stated in the judgment; bond exon. cc: Finance |
| 24 - 1 | 03/25/05 | [Re: DEF 1] JWS Judgment dismissed or Other count(s) 2 of the Indictment (1-1); pleaded guilty to count(s) 1 of the Indictment (1-1); prob 36 mos; SA $100. cc: USA, FPD, USM, USPO, Finance, FLU, def w/cnsls cy, MJ Roberts |
| 25 - 1 | 05/12/05 | [Re: DEF 1] Partial Transcript re: IOS (held 3/23/05). |
| 26 - 1 | 11/07/05 | [Re: DEF 1] JWS Order & Report on offender on prob; no action taken at this time. cc: USPO |