AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RAYMOND A. WARD | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: 3:04-cr-00111-JWS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>    Federal Building - U.S. Courthouse<br>    222 W. 7th Avenue<br>    Anchorage, Alaska  99513 | Room<br>Courtroom 6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>March 21, 2006 at 10:00 a.m. |

To answer a(n)
[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [XX] Probation Violation Petition

Charging you with a violation of:

Title   United States Code, Section(s)

Brief description of offense:
Violation of Mandatory Condition and Special Condition of Probation (Total of 2 violations)

Ida Romack, Clerk of Court
Signature of Issuing Officer

by  *[signature]*   Deputy Clerk
Name and Title of Issuing Officer

February 13, 2006; Anchorage, AK
Date and Location

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Michael Pentangelo, Sr. USPO  2/17/06
Date

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: U.S. Probation Office 222 W. 7th Ave Anchorage

[ ] Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 2/17/06
Date

Randy M Johnson
Name of United States Marshal

(by) ~~Deputy United States Marshal~~
Sr. U.S. Probation Officer

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.