```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs RAYMOND A. WARD            CASE NO. 3:04-cr-00111-JWS
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:          MICHAEL DIENI - APPOINTED

U.S.P.O.:                      TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE PROBATION
             HELD MARCH 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 10:02 a.m. court convened.

 X Copy of Petition to Revoke Probation given to defendant.

 X Defendant advised of general rights.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant DENIES allegations 1 thru 2 of the Petition to
   Revoke Probation.

 X Matter to be referred to U.S. District Judge for Evidentiary
   Hearing.

 X Order Setting Conditions of Release **FILED.**

 X OTHER: Court and counsel heard re plaintiff's oral motion that the conditions of probation be the conditions of release; **GRANTED.**

At 10:17 a.m. court adjourned.

DATE:    March 21, 2006      DEPUTY CLERK'S INITIALS:    ak