Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND A. WARD,<br><br>    Defendant. | Case No. 3:04-cr-0111-JWS<br><br>DEFENDANT'S DISPOSITION MEMORANDUM |

    Raymond A. Ward, by and through counsel Michael Dieni, Assistant Federal Defender, submits his memorandum regarding the adjudication/disposition hearing now set for April 21, 2006.

    As for the adjudication aspect of the hearing, Mr. Ward will to admit to the part of Violation Number One which alleges that he pleaded guilty to the "violation of release conditions" count in his state court case 3AN-S05-8760.  (The underlying charge of violation of a domestic violence restraining order was denied by Mr. Ward and the charge was dismissed.)  It is also anticipated that the government will dismiss Violation

Number Two, inasmuch as Mr. Ward is now current with regard to the $100 special assessment.

It is expected that the parties will agree to a proposed disposition as follows. Mr. Ward will continue on probation with the following modification: that as a condition of probation he spend one month in a halfway house. This is a proposal joined by Mr. Ward's probation officer, Travis Lyons. According to Mr. Lyons, Assistant United States Attorney Joe Bottini also agrees with this proposal.

The proposed disposition serves a number of purposes. First, it provides a supplemental sanction for Mr. Ward's conduct. The state court already imposed a 45-day sentence, 14 days of which were served in jail, the remainder on home confinement.

Second, the halfway house alternative allows Mr. Ward the opportunity to continue in what has been a tremendous effort on his part to get his life in order. As a result of his state court case, he has successfully participated in a 24-week domestic violence intervention program. Now, twelve weeks into the program, he has completed "Phase I." Phase II will begin in May. The course involves weekly meeting. To pay for the meetings, Mr. Ward has performed work service for the program.

In addition to the counseling program, Mr. Ward has worked hard in recent months to obtain employment training related to the use of computers. The attached exhibit relates to his involvement with "Nine Star," a private employment service designed to help aged citizens gain the training necessary to become employed in a technologically driven society. (Exhibit A) The work through Nine Star is ongoing and will continue while Mr. Ward resides at the halfway house.

*Conclusion*

Mr. Ward requests that the court accept his admission as to the part of Violation Number One related to the violation of release conditions count in his state court case, and continue Mr. Ward's probation with the single modification that Mr. Ward serve one month in a halfway house.

DATED this 19th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 19, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Joseph W. Bottini, Esq.

/s/ Michael D. Dieni