

**Nine Star Enterprises**
1251 Muldoon Road Suite 111A, Anchorage, Alaska 99504
Phone: (907) 269-2023  Fax: (907) 269-0049

December 16, 2005

To whom it may concern;

Mr. Raymond Ward is enrolled in the Mature Alaskan Seeking Skills Training (MASST) program with Nine Star Enterprises. He receives $7.15 per hour as an enrollee in the Title V training program and averages 20 hours per week. He enrolled in the computer skills development training portion of the program December 6, 2005. He is scheduled to continue the training until February 24, 2006. Upon successful completion of the training in basic Microsoft Word, Excel and Outlook Express, he will receive a certificate.

Please call me if you have any questions.

Sincerely,

*Carol Northamer*

Carol Northamer
MASST Director



**Nine Star Nine Star Enterprises**
**1251 Muldoon Road Suite 111A**
**Anchorage, Alaska 99504**
**Telephone: (907)269-0093**
**Fax: (907)269-0049**

April 11, 2006

To Whom It May Concern,

Re:  Raymoud Ward

Mr. Ward is enrolled in the Title V Mature Alaskan Seeking Skills Training (MASST) program with Nine Star Enterprises. He receives a training wage of $7.15 per hour and averages 20 hours per week. He is currently on the job training at the State of Alaska, Department of Labor, 4th & Gamble Office, Anchorage, Alaska.

Enclosed are Mr. Ward's last three timesheets.

Please call me at 269-0093 if I can be of further assistance or if you have questions regarding the Title V program.

Sincerely,

Paul Matusewic
Job Developer
Senior Employment

Enclosures

# NINE STAR ENTERPRISES

*Hereby grants this*

## CERTIFICATE OF ACHIEVEMENT

to:

*Ray Ward*

to certify that he has completed to satisfaction

*Basic Microsoft Office 2003 Overview Class*

Granted: April 12, 2006

_____
Josiah Brewster, Instructor

4/12/06
DATE