**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or |
| vs. | Supervised Release) |
| | For Offenses Committed On or After |
| | November 1, 1987 |
| RAYMOND A. WARD | (Original Judgment filed_03-25-2005) |
| | Case Number:_3:04-cr-00111-JWS_ |
| | Michael Dieni |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on ___02-13-2006___ accusing defendant of _2_ violations of the conditions of supervision provided in the original judgment. Defendant_admitted Allegation 1 of the Petition to_ Revoke Probation_. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Not Commit Another Crime | 09-19-2005 | C |

The court finds that the following accusations are not proved: ___2___.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through _2_ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 21, 2006
Dat_____ing

REDACTED SIGNATURE

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

4-30-06

Date

AO245.REV

Defendant: RAYMOND A. WARD                    Amended Judgment--Page 2 of 2
Case No.:     3:04-cr-00111-JWS

## PROBATION (MODIFIED)

Defendant's supervised release [_] probation[X] is modified as follows:

1.  The defendant shall reside in a community corrections facility for 1
    month with release for participation in the Nine Star program and any
    on going program or counseling for domestic violence.

2.  The defendant shall complete phase 2 of the domestic violence
    intervention program.


The term of supervision is not [X] is[_] extended as follows:



Except as hereinabove provided, the standard conditions of supervision and
any special conditions of supervision contained in the court's original
judgment shall remain in effect.

AO245.REV