PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**United States District Court**
for the
District of Alaska

RECEIVED
APR 0 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.   Case No.   3:04-CR-0011-JWS

Raymond A. Ward

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on March 22, 2008. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE   4-1-08
Chris Liedike   Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ___4___ day of ___April___, 20_08_.

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge